UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HICKS, B80852,

    Plaintiff,

v.

L. GAMBOA,

    Defendant(s).

Case No. 19-cv-03010-CRB (PR)

**ORDER OF DISMISSAL**

Plaintiff has filed a stipulation for voluntary dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See ECF No. 14.

Pursuant to the stipulation, this action is DISMISSED with prejudice. But plaintiff's request to be relieved of the filing fee obligation in this case is DENIED because the filing fee became due the day plaintiff filed this action.

The clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: October 22, 2019

                                          CHARLES R. BREYER
                                          United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HICKS,

        Plaintiff,

v.

L. GAMBOA,

        Defendant.

Case No. 3:19-cv-03010-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Hicks ID: B-80852
High Desert State Prison B3-150
P.O. Box 3030
Susanville, CA 96127

Dated: October 22, 2019

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Lashanda Scott, Deputy Clerk to the
    Honorable CHARLES R. BREYER